**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-1511**

In re:  DENNIS JOE LYON,

Petitioner.

On Petition for Writ of Mandamus.
(1:15-cr-00416-WO-3; 1:18-cv-00967-WO-JLW)

Submitted:  September 24, 2020                    Decided:  September 28, 2020

Before HARRIS and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

Dennis Joe Lyon, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dennis Joe Lyon petitions for a writ of mandamus, seeking an order from this court directing the district court to act on his 28 U.S.C. § 2255 motion. Our review of the district court's docket sheet reveals that the district court has dismissed Lyon's § 2255 motion. Accordingly, because the district court has recently decided Lyon's case, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*